```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
SECURITIES and EXCHANGE
COMMISSION,

                    Plaintiff,         MEMORANDUM OPINION
                                       AND ORDER

          -against-
                                       10 Civ. 1302 (MGC)

GREENSTONE HOLDINGS, INC., HISAO
SAL MIWA, JOHN B. FROHLING, DANIEL
D. STARCZEWSKI, JOE V. OVERCASH,
JR., FRANK J. MORELLI, III, THOMAS
F. PIERSON, JAMES S. PAINTER, III,
and VIRGINIA K. SOURLIS,

                    Defendants,

ACTIVE STEALTH, LLC, BAF
CONSULTING, INC., BLUEWATER
EXECUTIVE CAPITAL, LLC, EMERGING
MARKETS CONSULTING, LLC, KCS
REFERRAL SERVICES, LLC, MBA
INVESTORS, LTD., NEW AGE SPORTS,
INC., POWER NETWORK, INC., PROJECT
DEVELOPMENT, INC., SEVILLE
CONSULTING, INC., STARR
CONSULTING, INC., TUSCANY
CONSULTING, INC., and YT2K, INC.

                    Relief Defendants.

-----------------------------------X
```

**Cedarbaum, J.**

Virginia K. Sourlis moves for reconsideration of my November 16, 2012 order granting the Securities and Exchange Commission's motion for summary judgment against Sourlis for aiding and abetting violations of Section 10(b) of the

Securities Exchange Act of 1934 and Rule 10b-5.  Local Rule 6.3 requires that those who seek reconsideration demonstrate that the court has "overlooked matters or controlling decisions which, had they been considered, might reasonably have altered the result."  <u>Donahue v. Pendleton Woolen Mills, Inc.</u>, 719 F. Supp. 149, 151 (S.D.N.Y. 1988) (citations and internal quotation marks omitted).  Sourlis has not pointed to any matters or controlling decisions that alter the result.  Accordingly, Sourlis has not satisfied the standard for reconsideration and her motion is denied.

    SO ORDERED.


Dated:    New York, New York
           January 7, 2013


S/_____
  MIRIAM GOLDMAN CEDARBAUM
  United States District Judge