UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

SECURITIES AND EXCHANGE COMMISSION,

                              Plaintiff,

        - against -

GREENSTONE HOLDINGS, INC., et al.,

        Defendants and Relief Defendants.

------------------------------------------------------------------ x



10 Civ. 1302 (MGC)

## FINAL JUDGMENT AS TO DEFENDANT HISAO SAL MIWA

WHEREAS, by order dated March 28, 2012, the Court granted plaintiff Securities and Exchange Commission's ("Commission") motion for partial summary judgment against defendant Hisao Sal Miwa, finding that he violated Sections 5 and 17(a) of the Securities Act of 1933 ("Securities Act") and Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") and Rule 10b-5 thereunder (DE 192); and

WHEREAS, on April 4, 2013, the Court held a hearing on the Commission's motion seeking certain relief against defendant Miwa.

1

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

### I.

Miwa is permanently barred from participating in an offering of penny stock, including engaging in activities with a broker, dealer, or issuer for purposes of issuing, trading, or inducing or attempting to induce the purchase or sale of any penny stock. A penny stock is any equity security that has a price of less than five dollars, except as provided in Rule 3a51-1 under the Exchange Act [17 C.F.R. 240.3a51-1].

### II.

Pursuant to Section 21(d)(2) of the Exchange Act [15 U.S.C. § 78u(d)(2)] and Section 20(e) of the Securities Act [15 U.S.C. § 77t(e)], Miwa is prohibited from acting as an officer or director of any issuer that has a class of securities registered pursuant to Section 12 of the Exchange Act [15 U.S.C. § 78l] or that is required to file reports pursuant to Section 15(d) of the Exchange Act [15 U.S.C. § 78o(d)].

### III.

Miwa shall pay a civil penalty in the amount of $110,000.00 to the Securities and Exchange Commission pursuant to Section 20(d) of the Securities Act [15 U.S.C. § 77t(d)] and Section 21(d)(3) of the Exchange Act [15 U.S.C. § 78u(d)(3)]. Miwa shall make this payment within 14 days after entry of this Final Judgment.

Miwa may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Miwa may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange

Commission, which shall be delivered or mailed to Enterprise Services Center, Accounts Receivable Branch, 6500 South MacArthur Boulevard, Oklahoma City, OK 73169 and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Hisao Sal Miwa as a defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

Miwa shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action. The Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury. Miwa shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961.

### IV.

This Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment.

### V.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: May 21, 2013

S/
The Honorable Miriam G. Cedarbaum
United States District Judge