USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/19/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
SECURITIES AND EXCHANGE COMMISSION,

                         Plaintiff,

            - against -

GREENSTONE HOLDINGS, INC., et al.,

            Defendants and Relief Defendants.
-------------------------------------------------------------- x

10 Civ. 1302 (MGC)

## [PROPOSED] FINAL JUDGMENT AS TO DEFENDANT VIRGINIA K. SOURLIS

WHEREAS, on November 16, 2012, the Court granted plaintiff Securities and Exchange Commission's ("Commission") motion for partial summary judgment against defendant Virginia K. Sourlis ("Defendant" or "Sourlis"), finding, her liable for aiding and abetting liability under Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") and Rule 10b-5 (DE 227) thereunder; and, on July 10, 2013, that Sourlis violated Section 5 of the Securities Act of 1933 ("Securities Act") (DE 260); and

WHEREAS, on April 2, 2014, the Court held a hearing on the Commission's motion seeking certain relief against defendant Sourlis.

1

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

### I.

Defendant Sourlis is permanently barred from participating in an offering of penny stock, including engaging in activities with a broker, dealer, or issuer for purposes of issuing, trading, or inducing or attempting to induce the purchase or sale of any penny stock. A penny stock is any equity security that has a price of less than five dollars, except as provided in Rule 3a51-1 under the Exchange Act [17 C.F.R. 240.3a51-1].

### II.

Defendant Sourlis is liable for disgorgement of $5,000.00, prejudgment interest thereon in the amount of $2,284.83, and a civil penalty in the amount of $50,000.00 pursuant to Section 20(d) of the Securities Act [15 U.S.C. § 77t(d)] and Section 21(d)(3) of the Exchange Act [15 U.S.C. § 78u(d)(3)]. Defendant shall satisfy this obligation by paying $57,284.83 to the Securities and Exchange Commission within 14 days after entry of this Final Judgment.

Defendant may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Defendant may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to Enterprise Services Center, Accounts Receivable Branch, 6500 South MacArthur Boulevard, Oklahoma City, OK 73169, and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Virginia K. Sourlis as a defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

2

The Commission may enforce the Court's judgment for disgorgement and prejudgment interest by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after 14 days following entry of this Final Judgment. Defendant shall pay post judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

### III.

This Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment.

### IV.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: June 19, 2014

S/
The Honorable Miriam G. Cedarbaum
United States District Judge