```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                      Plaintiff,

- against -

GREENSTONE HOLDINGS, INC., ET AL.,

                      Defendants.

1:10-cv-1302 (MGC)

**MEMO ENDORSED**

### NOTICE OF DISMISSAL AS TO
### (1) DEFENDANT GREENSTONE HOLDINGS, INC.,
### (2) RELIEF DEFENDANT BLUEWATER EXECUTIVE CAPITAL, LLC, AND
### (3) RELIEF DEFENDANT KCS REFERRAL SERVICES, LLC
### (FED. R. CIV. P. 41(a))

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the plaintiff Securities and Exchange Commission hereby voluntarily dismisses it action as to (1) the defendant Greenstone Holdings, Inc., (2) the relief defendant Bluewater Executive Capital, LLC, and (3) the relief defendant KCS Referral Services, LLC, none of which have served an answer or other responded.

Dated:    New York, New York
           June 8, 2015

JOHN J. GRAUBARD    JG-4854
Attorney for Plaintiff
Securities and Exchange Commission
New York Regional Office
200 Vesey Street, Suite 400
New York, NY 10281-1022
Tel.:    212-336-0084
Fax:    212-336-1323
E-mail:    graubardj@sec.gov

So ordered.
June 9, 2015

United States District Judge