

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
200 VESEY STREET
ROOM 400
NEW YORK, NY 10281-1022

**Jack Kaufman**
WRITER'S DIRECT DIAL
TELEPHONE: (212) 336-0106
KaufmanJa@sec.gov

July 13, 2015

<u>By ECF and UPS</u>
The Honorable Miriam G. Cedarbaum
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

   Re: <u>SEC v. Greenstone Holdings, Inc. et al., 10 Civ. 1302 (MGC) (SDNY)</u>

Dear Judge Cedarbaum:

  I represent plaintiff Securities and Exchange Commission (the "Commission") in this action. Enclosed please find a courtesy copy of a letter that the Commission filed earlier today in the pending appeals before the United States Court of Appeals for the Second Circuit, *SEC v. Frohling, et al.*, Nos. 13-3191-cv, 14-2301-cv, 14-2937-cv (2nd Cir.). The Commission's letter responds to (and attaches) a July 10 letter that defendant Virginia Sourlis filed in that same matter – concerning the Second Circuit's June 9, 2015 remand Order.

              Respectfully submitted,

              Jack Kaufman
              Senior Trial Counsel
              Division of Enforcement

cc: Eugene Killian, Esq. (by email and UPS)
   John B. Frohling (by email and UPS)